IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TONY ZAQUECE WHEELER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:12CV107 |
| v. | ) | 1:06CR323-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On March 13, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed a Notice that no objections to the Recommendation would be filed (see Notice [Doc. #66]), and the time has run for the Government to file objections. Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #64] is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside or Correct Sentence [Doc. #50] is GRANTED, and the Judgment [Doc. #31] is VACATED. The Clerk is directed to set this matter for resentencing. Petitioner remains in custody, and the United States Attorney is directed to produce Petitioner for the resentencing hearing. The Probation Office is directed to prepare a Supplement to the Presentence Investigation Report in advance of the hearing. Counsel will be appointed to represent Petitioner at the resentencing hearing.

This, the 8th day of April, 2013.

_____
United States District Judge